**Order entered October 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00416-CR

**JOEY MARQUEL HINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F14-60278-I**

## ORDER

On October 16, 2017, the State filed a First Motion for Extension of Time to File Brief.

We **GRANT** the motion and **ORDER** that the State's brief be filed on or before October 30, 2017.

/s/    ELIZABETH LANG-MIERS
         JUSTICE